UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL LEE JONES,

    Plaintiff,

                                       Case No.: 1:12-cv-719

v.

                                       HONORABLE PAUL L. MALONEY

RICHARD M. CZOP, M.D., et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action (ECF No. 33).  The Report and Recommendation was duly served on the parties.  No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the motion for summary judgment filed by defendants Richard M. Czop, M.D., Physician's Assistant Michael Kennerly, and Craig Hutchinson, M.D. (ECF No. 24) is **GRANTED**.

**IT IS FURTHER ORDERED** that all of plaintiff's claims against defendants are **DISMISSED WITHOUT PREJUDICE**.


Dated:  January 10, 2014                             /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             Chief United States District Judge