UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CARL LEE JONES,

    Plaintiff,

v.                                        Case No. 1:12-cv-719

RICHARD M. CZOP, M.D., et al.,        HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

Pursuant to FED. R. CIV. P. 58, **JUDGMENT** is hereby entered in favor of defendants and against the plaintiff. A notice of appeal must ordinarily be filed within 30 days from the entry of this judgment under FED. R. APP. P. 4(a).

Date:  January 10, 2014                /s/ Paul L. Maloney
                                                  Paul L. Maloney
                                                  Chief United States District